# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALLAN B. COHEN and
ROCHELLE COHEN,
                    Plaintiffs,

            v.

PRUDENTIAL INS. CO., et al.,
                    Defendants.

Civil Action No. 08-5319

## ORDER

AND NOW, this 25th day of March, 2010, it is hereby ORDERED that the

plaintiffs' motion for reconsideration (docket no. 29) is DENIED.  The plaintiffs' motion

in the alternative for leave to file an amended complaint is GRANTED with the exception

of Count II, which is DISMISSED with respect to all defendants.

BY THE COURT:

/ s / Louis H. Pollak, J.
Pollak, J.