# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLAN B. COHEN and ROCHELLE COHEN,  Plaintiffs,  v.  PRUDENTIAL INS. CO., et al.,  Defendants. | Civil Action No. 08-5319 |

**ORDER**

June 14, 2010                                                  Pollak, J.

AND NOW, this 14th day of June, 2010, it is hereby ORDERED that Prudential's motion for sanctions (docket no. 26) is DENIED.

                                         BY THE COURT:

                                         /s/ Louis H. Pollak
                                         Pollak, J.